No. 23-2428

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| DAVID FELIMON CERDA, | ) | Appeal from the United States |
| | ) | Court for the Northern District of |
| Plaintiff-Appellant, | ) | Illinois, Eastern Division, |
| | ) | |
| v. | ) | No. 17-cv-9023 |
| | ) | |
| | ) | Honorable Jorge L. Alonso |
| CHICAGO CUBS BASEBALL CLUB, LLC | ) | Judge Presiding |
| | ) | |
| Defendants-Appellees, | ) | |

**APPELLANT'S MOTION TO SPREAD OF RECORD THE REASON FOR MISSING ORAL ARGUMENT AND TO RE-SET ORAL ARGUMENT, IF POSSIBLE**

Plaintiff-Appellant David Felimon Cerda, through this motion asks the court to spread of record the reason why his counsel missed oral argument and moves this Honorable Court to re-set oral argument in this matter, if possible. In support thereof Appellant states:

1. Oral argument in this case was scheduled for November 13, 2024. Appellant's counsel, David A. Cerda, failed to attend oral argument because as of September 17, 2024, he has been incarcerated at the Cook County Department of Corrections. The incarceration is based on an unlawful, indirect civil contempt order issued in a domestic relations, post-judgment proceeding involving child support, (*Tellez v. Cerda*, 2010 D 7549, Cook County). David A. Cerda remains incarcerated as of the date of filing of this motion.

1

2.     Although he was incarcerated, Appellant's counsel did have a friend inquire as to oral argument dates. This friend, Thomas Eley, was informed on November 1, 2024, that oral argument was scheduled for November 13, 2024. Mr. Eley, who is not an attorney, failed to inform David A. Cerda of that date. David A. Cerda only learned of the oral argument date on December 3, 2024.

3.     Through this motion, David A. Cerda, asks the court to spread of record his incarceration as the reason he missed oral argument. David A. Cerda did not willfully ignore oral argument in this matter, and respectfully requests, if it is possible to do so, to have an opportunity to address the court at oral argument.

4.     Peter V. Bustamante, is filing this motion on behalf of the Appellant because David A. Cerda remains incarcerated. Peter V. Bustamante is appearing in this matter only for the limited purpose of filing this motion.

5.     On December 4, 2024, Peter Bustamante exchanged emails with Donna M. Welch, defendant's counsel, who stated that the defendant does object to re-setting oral argument.

**WHEREFORE**, Plaintiff, David Felimon Cerda, respectfully requests that the court spread of record that plaintiff's counsel, David A. Cerda, has been and is presently incarcerated in the Cook County Department of Corrections since September 17, 2024, that he missed oral argument for that reason, and that it grant plaintiff an opportunity to present oral argument, if possible.

Respectfully submitted,

| | |
|---|---|
| Peter V. Bustamante | **PLAINTIFF-APPELLANT** |
| 17 North State Street, Suite 1550 | **DAVID FELIMON CERDA** |
| Chicago, Illinois 60602 | |
| 312/346-2072 | *s/ Peter V. Bustamante* |
| pvbust@bustamantelaw.com | |

## **VERIFICATION**

The undersigned declares, under penalty of perjury, that the statements contained in the above and foregoing instrument are true and correct. Executed on December 4, 2024.

*/s/ Peter V. Bustamante*

# **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on December 4, 2024, he electronically filed the foregoing motion with the Clerk of the United States Seventh Circuit Court of Appeals using the Court's CM/ECF system, which will send notification of such filing to all counsel of record and by email.

*/s/ Peter V. Bustamante*

Peter V. Bustamante
17 North State Street, Suite 1550
Chicago, Illinois 60602
312/346-2072
pvbust@bustamantelaw.com