# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

December 4, 2024

*By the Court:*

|  |  |
|---|---|
| No. 23-2428 | DAVID FELIMON CERDA,<br>Plaintiff - Appellant<br><br>v.<br><br>CHICAGO CUBS BASEBALL CLUB, LLC,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:17-cv-09023 |
| Northern District of Illinois, Eastern Division |
| District Judge Jorge L. Alonso |

Upon consideration of the **APPELLANT'S MOTION TO SPREAD OF RECORD THE REASON FOR MISSING ORAL ARGUMENT AND TO RE-SET ORAL ARGUMENT, IF POSSIBLE**, filed on December 4, 2024, by attorney Peter V. Bustamante,

**IT IS ORDERED** that the motion is **DENIED** as untimely. Any motion to defer argument must be filed well in advance of the date set for argument.